UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HARBORSIDE ADVISORS LLC,

          Plaintiff,

- against -

LIFEMD, INC.,

          Defendant.

21-cv-10593 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    As discussed at today's conference, the plaintiff may file an Amended Complaint by March 11, 2022. The time for the defendant to move or answer any Amended Complaint is April 1, 2022. The plaintiff should respond by April 18, 2022. The defendant may reply by April 29, 2022.

    If no Amended Complaint is filed, the time to respond to the pending motion to dismiss is March 25, 2022. The defendant may reply by April 4, 2022.

SO ORDERED.

Dated:    New York, New York
           February 22, 2022

                                        John G. Koeltl
                                  United States District Judge